(No. 1571—

CLAYTON A. PENSE, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed September 10, 1930.*

SCANLAN & MASSIEON, for claimant.

OSCAR E. CARLSTROM, Attorney General; ROY D. JOHNSON, Assistant Attorney General, for respondent.

Mr. CHIEF JUSTICE CLARITY delivered the opinion of the court:

This is a claim based upon the same principle as involved in the opinion of this court in the case of *John B. French* v. *State of Illinois,* and it appearing no objection being made by the defendant, the court recommends that the claimant be allowed the sum of $219.46.

(No. 1572—

JAMES SHORT, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed September 10, 1930.*

SCANLAN & MASSIEON, for claimant,

OSCAR E. CARLSTROM, Attorney General; ROY D. JOHNSON, Assistant Attorney General, for respondent.

Mr. CHIEF JUSTICE CLARITY delivered the opinion of the court:

This is a claim based upon the same principle as involved in the opinion of this court in the case of *John B. French* v. *The State of Illinois,* and it appears no objection being made by the defendant, the court recommends that the claimant be allowed the sum of $208.34.